AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

MAY 15 2018

David J. Bradley, Clerk

| | |
|---|---|
| United States of America <br> v. <br> Jesus Antonio RAMOS-Saucedo YOB: 1998 <br> COB: Mexico <br><br> *Defendant(s)* | ) ) ) ) ) ) ) )  Case No. M-18-1028-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 14, 2018__ in the county of __Starr__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC 922(g)(5)(B) | Knowingly and unlawfully, being an alien, illegally or unlawfully in the United States; or admitted into the United States under a nonimmigrant visa, shipped or transported in interstate or foreign commerce, or possessed in or affecting commerce of one (1) .40 caliber Springfield Armory pistol and seven (7) rounds of ammunition. |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A."

☑ Continued on the attached sheet.

_____
Complainant's signature

Hector Berlanga HSI SA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __05/15/2018__  8:32 am

_____
Judge's signature

City and state: __McAllen, Texas__       Peter E. Ormsby, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

On May 14, 2018, Homeland Security Investigations (HSI), Special Agents (SA) from the office of the Resident Agent in Charge, Falcon Dam, Texas (RAC/FD) responded to the Roma, TX, US Customs and Border Protection (CBP) Port of Entry (POE), relating to the apprehension of one (1) undocumented alien (UDA) in possession of one (1) Springfield Armory .40 caliber semi-automatic pistol loaded with seven (7) rounds of ammunition.

On May 14, 2018 at approximately 12:30 A.M. a motor vehicle made entry at the Roma, TX, POE primary lane with two (2) male occupants. One of the two male occupants later identified as Jesus Antonio RAMOS-Saucedo requested Asylum with credible fear of returning to Mexico. RAMOS stated to the CBP Officer that he and his friend in the vehicle are escaping violence in Mexico. RAMOS stated that he was being chased by members of organized crime that he once was associated to.

While at CBP primary lane, RAMOS declared to the CBP Officers one (1) .40 caliber semi-automatic pistol loaded with seven (7) rounds of ammunition. One (1) ballistic vest, several caltrops (tire deflating devices) and one (1) bundle of marijuana (12.8 lbs/5.8kgs).

HSI SA arrived at the Roma, TX, CBP, POE and identified himself to RAMOS and provided RAMOS his Miranda Rights in the Spanish language. RAMOS read his rights, and stated that he understood his rights. RAMOS agreed to give HSI SA a statement without the presences of an attorney.

RAMOS stated that he is a national and citizen of Mexico who is currently present in the U.S. without the proper Immigration documents. RAMOS stated to the HSI SA that the pistol and ammunition was given to him by a member of the organized crime for protection. RAMOS stated that he knew that the firearm was loaded with seven (7) rounds of ammunition and was in the vehicle.

RAMOS stated that he knows it is illegal to possess firearms being illegally present in the United States.

The Springfield Armory .40 caliber semi-automatic pistol was manufactured outside the State of Texas. Markings on the pistol indicate the pistol was manufactured in Geneseo, Illinois.